BERNSTEIN *v.* CLARK.

LUMPKIN, J.—From the judgment of a justice of the peace, rendered in a suit upon an account for less than fifty dollars, there being issues of fact involved, a *certiorari* will not lie, but there should be an appeal to a jury in the justice's court. *Thompson* v. *Dodd Bros.,* 84 *Ga.* 264; *Greenwood* v. *Boyd & Baxter Furniture Factory,* 86 *Ga.* 582.                                        *Judgment reversed.*

April 20, 1891.

Justices' courts. Appeal. *Certiorari.* Before Judge RICHARD H. CLARK. DeKalb superior court. August term, 1890.

Bernstein sued Clark on an account for $18.25, as to the correctness of which issue was taken at the trial,

both parties introducing evidence. 'After judgment by the magistrate for the plaintiff, the defendant by *certiorari* assigned error upon certain legal points which were decided against him, and upon the judgment as contrary to evidence. The superior court overruled a motion to dismiss the *certiorari*, made upon the ground that appeal to a jury in the justice's court had not first been taken ; and sustained the *certiorari* upon a legal question.

J. N. GLENN, for plaintiff.

CANDLER & LEE, for defendant.